**Kwall, Showers, Coleman & Barack, P.A.**
133 N. Ft. Harrison Ave.
Clearwater, FL 33755-4020
(727) 441-4947

BANK OF AMERICA
NATIONAL ASSOCIATION
ELLENTON, FL 34222
63-27/631

21410

01·08·07

PAY TO THE
ORDER OF *Clerk of Court, U.S. Middle District*     $ 350.00

*Three hundred fifty dollars and* no/100 ——————     DOLLARS

MEMO SAWYERS FILING FEE

⑈"021410"⑈ ⑈063100277⑈ 002455144463⑈

© 2005 INTUIT INC. # 728  1-800-433-8810

EXHIBIT C

# K-ONE Investigations Inc.

Alan M. Kronschnabl, President      Tax ID #59-3662328

_Attn. Jackie_ (handwritten)

**Bill To**

Kwall, Showers, Coleman
133 N. Ft. Harrison Avenue
Clearwater, FL 33755

# Invoice

| Date | Invoice # |
| --- | --- |
| 1/31/2007 | 200701097 |

RYAN D. BARACK, ESQ.

| Item | Qty | Description | Rate | Amount |
| --- | --- | --- | --- | --- |
| Summons - Hillsbo... | 1 | CHRISTINE SAHYERS vs. PRUGH, HOLLIDAY & KARATINOS, P.L.; et al<br><br>Served summons on Prugh, Holliday & Karatinos, P.L., in Tampa, Florida. | 32.00 | 32.00 |

CURRENT INVOICE
PLEASE REMIT PROMPTLY

**PAID**
CK. NO. _2167_
DATE _2-16-07_

_OK to pay_
_RDB_ (handwritten)

Thank you for your business.

| **Total** | |
| --- | --- |
| | $32.00 |

P.O. Box 698, Safety Harbor, FL 34695
(727) 539-6599 / FAX (727) 539-6685



**STATEMENT**
# THOMPSON, SIZEMORE & GONZALEZ
**PROFESSIONAL ASSOCIATION**
**Post Office Box 639**
**Tampa, Florida 33601**

Ryan D. Barack
Sherwood S. Coleman
Kwall, Showers, Coleman & Barack, P.A.
133 North Ft. Harrison Avenue
Clearwater, FL 33755

DATE: June 5, 2007

*Re: Sahyers vs. Prugh, Holliday & Karatinos*
*464.100*

YOUR CANCELED CHECK IS YOUR RECEIPT .20 per copy

| Nature of Work | Charges | Credits | Balance |
|---|---|---|---|
| Documents requested Bates stamped numbers 000001 through 000014 | 14 pages at .20 per page | | $2.80 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | PAID | |
| | | CK. NO. 22192 | |
| | | DATE 6-22-07 | |
| | | | |
| | | | |
| | | | |

DATE PAID_____

BY CHECK NO._____



**STATEMENT**
# THOMPSON, SIZEMORE & GONZALEZ
### PROFESSIONAL ASSOCIATION
**Post Office Box 639**
**Tampa, Florida 33601**

Ryan D. Barack
Sherwood S. Coleman
Kwall, Showers, Coleman & Barack, P.A.
133 North Ft. Harrison Avenue
Clearwater, FL  33755

DATE:  August 1, 2007

*Re: Sahyers vs. Prugh, Holliday & Karatinos*
*464.100*

YOUR CANCELED CHECK IS YOUR RECEIPT .20 per copy

| Nature of Work | Charges | Credits | Balance |
|---|---|---|---|
| Documents requested Bates stamped numbers 000016 through 000032 | 17 pages at .20 per page | | $3.40 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| ~~PAID~~ CK. NO. 22460 DATE 8·17·07 | | | |
| | | | |
| | | | |

DATE PAID_____

BY CHECK NO._____

RECEIVED

OCT 0 2 2007

THELMA DREYER & ASSOCIATES, INC.
P.O. BOX 1482
TAMPA, FL 33601
(813) 229-1545   Fax (813) 229-1774

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 14741 | 09/28/2007 | 01-18079 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/27/2007 | JAC | 8:07-CV-00052 |
| **CASE CAPTION** | | |
| SAHYERS V PRUGH, HOLLIDAY | | |
| **TERMS** | | |
| Net 30 | | |

RYAN D. BARACK, ESQ.
KWALL, SHOWERS, COLEMAN & BARACK, P.A.
133 NORTH FORT HARRISON AVE
CLEARWATER, FL 33755

| | | | |
|---|---|---|---|
| COPY TRANSCRIPT PAGES FOR DEPO OF:<br>JAMES HOLLIDAY | 52 Pages @ | 2.50/Page | 130.00 |
| COPY TRANSCRIPT PAGES FOR DEPO OF:<br>THEODORE KARATINOS | 39 Pages @ | 2.50/Page | 97.50 |
| CONDENSED & INDEX | | | 60.00 |
| DELIVERY | | | 10.00 |

**TOTAL   DUE   >>>>**    **297.50**

AFTER 10/28/2007 PAY          327.25



PAID
CK. NO. 22668
DATE 10-12-07

THELMA DREYER & ASSOCIATES, INC.
P.O. BOX 1482
TAMPA, FL 33601
(813) 229-1545   Fax (813) 229-1774

RECEIVED

SEP 0 4 2007

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 14238 | 08/30/2007 | 01-18079 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/27/2007 | JAC | 8:07-CV-00052 |

| CASE CAPTION |
|---|
| SAHYERS V PRUGH, HOLLIDAY |

| TERMS |
|---|
| Net 30 |

RYAN D. BARACK, ESQ.
KWALL, SHOWERS, COLEMAN & BARACK, P.A.
133 NORTH FORT HARRISON AVE
CLEARWATER, FL 33755

HOLD DEPO OF:
  JAMES HOLLIDAY

HOLD DEPO OF:
  THEODORE KARATINOS
     REPORTER ATTENDANCE         2.00 Hours         105.00

                    **TOTAL DUE >>>>**      105.00

           AFTER 09/29/2007 PAY      115.50

TAX ID NO.: 59-2982151                      (727) 441-4947    Fax (727) 447-3158

*Please detach bottom portion and return with payment.*

RYAN D. BARACK, ESQ.
KWALL, SHOWERS, COLEMAN & BARACK, P.A.
133 NORTH FORT HARRISON AVE
CLEARWATER, FL 33755

Invoice No.:  14238
Date       :  08/30/2007
**TOTAL DUE** :    105.00
AFTER 9/29/2007 PAY : 115.50

Job No.   :  01-18079
Case No.  :  8:07-CV-00052-JSM-MAP
SAHYERS V PRUGH, HOLLIDAY

Remit To:   **THELMA DREYER & ASSOCIATES, INC.**
           **P.O. BOX 1482**
           **TAMPA, FL 33601**

# KELLY & McKEE, P.A.
*Attorneys at Law*
1718 E. 7th Ave. - Suite 301 (33605)
P.O. Box 75638
Tampa, Florida 33675-0638
kmpa@kellyandmckee.com

MARK F. KELLY
ROBERT F. McKEE
MELISSA C. MIHOK

Phone
(813) 248-6400
Facsimile
(813) 248-4020

September 13, 2007

Thomas M. Gonzalez, Esquire
tgonzalez@tsg-law.com

Ryan D. Barack, Esquire
rbarack@kscblaw.com
Jackie@kscblaw.com

## STATEMENT FOR MEDIATION SERVICES

---

Re:     Christine Sahyers, etc. v. Prugh, Holliday & Karatinos, P.L., et al.

| | | |
|---|---|---|
| Preparation for and attendance at mediation conference on 9/12/07; preparation of mediation report | 3.00hrs $300/hr | $900.00 |

Plaintiff's Mediation Fee = $450.00

Defendant's Mediation Fee = $450.00

Please make checks payable to Kelly & McKee, P.A.
Tax Identification Number 59-1273637

*ok to pay RFB*